# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00421-CR

**Jacob Sanchez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. CR2013-199, HONORABLE DIB WALDRIP, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

Appellant filed his notice of appeal on July 3, 2014. His brief was due on November 6, 2014. On November 14, 2014, this Court informed appellant's retained counsel that appellant's brief was overdue and that we would refer the matter to the trial court for a hearing if we did not receive a response by November 24, 2014. On January 16, 2015, we abated the appeal and remanded to the trial court to conduct a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure by February 17, 2015.

On January 20, 2015, appellant's counsel filed his first motion for extension of time in the abated case, requesting an extension of the deadline to February 13, 2015. We reinstate the case and withdraw our January 16, 2015 order and memorandum opinion remanding the case to the trial court for a hearing. We grant appellant's motion for extension of time and order appellant to file a brief no later than February 17, 2015. No further extension of time will be granted. Failure

to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is so ordered on January 23, 2015.

Before Justices Puryear, Pemberton, and Field

Do Not Publish